UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9249 ODW (MRW) | Date | January 9, 2012 |
|---|---|---|---|
| Title | Meeks v. Gonzalez | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| n/a | | n/a |

**Proceedings:**    (IN CHAMBERS) ORDER TO SHOW CAUSE

  The Court previously ordered Petitioner to file reports every other month updating the Court regarding the status of his state court habeas action.  Petitioner's last report was due on December 1, 2011.  To date, though, he has not filed such a report.

  The Court therefore orders Petitioner to show cause why this case should not be dismissed for failure to prosecute or obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).  Petitioner shall respond to this order or file his overdue status report by or before <u>January 23, 2012</u>.

0 : 00

Initials of Preparer    vm
