UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9249 ODW (MRW) | Date | October 2, 2014 |
|---|---|---|---|
| Title | Meeks v. Gonzalez | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL OF ACTION

   Despite numerous court orders and a previous financial sanction, Petitioner's attorney failed to file status reports with the Court in September and October 2014 regarding this case. Further, the August status report (filed nine days late, without explanation) was so hopelessly vague regarding the state action –"Counsel for Meeks is in the process of addressing the State Court[']s concerns as Counsel believe[s] that his client has a meritorious position" – that it provided the Court with no insight into the pending case. (Docket # 65.)

   Petitioner filed this action four years ago. Since then, there has been little apparent action in the state or federal actions save for those that the Court required him to initiate. The Court therefore ORDERS Petitioner's attorney to appear at a status conference on <u>Thursday, October 23, 2014, at 9:30 a.m.</u> and show cause why the federal action should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute. The Attorney General may appear in person or by telephone. In preparation for the hearing, the parties may submit position papers by or before October 17.