

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON DONTE MEEKS,<br><br>Petitioner,<br><br>v.<br><br>FERNANDO GONZALES, Warden,<br><br>Respondent. | Case No. CV 10-9249 ODW (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner had not filed any objection to the report. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS ORDERED that Ground One of the Petition is dismissed with prejudice and Ground Six, except for Petitioner's properly exhausted claim regarding the admission of an accomplice's statement at trial, is dismissed without leave to amend.

The matter is referred back to Magistrate Judge Wilner for further proceedings.

DATE: 7/20/16

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE