IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON DONTE MEEKS,<br><br>Petitioner,<br><br>v.<br><br>FERNANDO GONZALES, Warden,<br><br>Respondent. | Case No. CV 10-9249 ODW (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: 01-03-2017

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE